UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 23-1169 & 23-1170

_____

In re: The Hertz Corporation, et al.,
Reorganized Debtors

Wells Fargo Bank, N.A., as Indenture Trustee,
                                                    Appellant in No. 23-1169

v.

The Hertz Corporation; Dollar Rent A Car, Inc.; Dollar Thrifty Automotive Group, Inc.;
Donlen Corporation; DTG Operations, Inc.; DTG Supply, LLC; Firefly Rent A Car LLC;
Hertz Car Sales LLC; Hertz Global Services Corporation; Hertz Local Edition Corp.;
Hertz Local Edition Transporting, Inc.; Hertz System, Inc.; Hertz Technologies, Inc.;
Hertz Transporting, Inc.; Rental Car Group Company, LLC; Smartz Vehicle Rental
Corporation; Thrifty Car Sales, Inc.; Thrifty, LLC; Thrifty Insurance Agency, Inc.;
Thrifty Rent A Car System, LLC; and TRAC Asia Pacific, Inc.

U.S. Bank National Association, as Indenture Trustee,
                                                    Appellant in No. 23-1170

v.

The Hertz Corporation

_____

Appeal from the United States Bankruptcy Court
for the District of Delaware
(No. 21-50995)
Bankruptcy Judge: Honorable Mary F. Walrath

_____

Argued on October 25, 2023

Before: KRAUSE, PORTER, and AMBRO, <u>Circuit Judges</u>

**ORDER**

      The opinion and judgment filed in appeal No. 23-1169 on September 10, 2024 are hereby vacated.  The caption of the opinion and judgment has been revised to reflect that the documents apply to both Nos. 23-1169 and 23-1170.  The Clerk shall file the amended opinion and judgment in both appeals.  As the substance of the opinion and judgment have not changed, Appellee's petition for rehearing remains due on October 15, 2024.

                     By the Court,

                     s/ Thomas L. Ambro
                     Circuit Judge

Dated: September 25, 2024
Lmr/cc: All Counsel of Record